```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 10-21296-CIV-MORENO
                        MAGISTRATE JUDGE P.A. WHITE
```

EDWARD MAYNOR,                  :

    Plaintiff,             :

v.                              :         REPORT OF
                                                  MAGISTRATE JUDGE
TIFFT, ET AL.,                  :          (DE#4)

    Defendants.            :
_____

The pro-se plaintiff Edward Maynor filed a "Notice to Disregard" (DE#4), stating that he requests this case to be "disregarded (dropped)". The Court will construe this pleading as a motion for voluntary dismissal.

It is recommended that the plaintiff's motion for voluntary dismissal of this case be granted, and the case be dismissed without prejudice, except as to the statute of limitations, or any other applicable procedural bar upon refiling. (DE#4) The alleged violation occurred in March of 2010, and the plaintiff has four years to re-file without running afoul of the statute of limitations.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 5th May, 2010.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

cc:   Edward Maynor, <u>Pro Se</u>
      DC #792972
      Santa Rosa CI
      Address of Record