UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-21296-CIV-MORENO

EDWARD MAYNOR,

    Plaintiff,

vs.

TIFFT, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Notice to Disregard (**D.E. No. 4**), filed on **May 3, 2010**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 5**) on **May 5, 2010**. The Court has reviewed the entire file and record and has made a *de novo* review of the Magistrate Judge's Report and Recommendation, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 5**) on **May 5, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

Plaintiff's case is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to close this case.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record